THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DREW MITCHEM,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>  Defendant. | Case No. 3:18-CV-05366-BHS<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS IN *MITCHEM V. NRPC*** <br><br>[CLERK'S ACTION REQUIRED] |
| DONNELL LINTON,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>  Defendant. | |
| LAURA VAUGHNS and ALBERT J. VAUGHNS, individually and as Joint Guardians to AG, JR, ZL, LS and FJ, their minor children; and ZOE MARIE TOWNSEND VAUGHNS,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>  Defendant. | |

NOTICE OF SETTLEMENT - 1
No. 3:18-CV-05366-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0403/7874498.1

Notice is hereby given that all claims against all parties in *Mitchem v. NRPC,* Case No. 3:18-CV-05366-BHS have been resolved. The *Linton v. NRPC and Vaughns v. NRPC* cases that were consolidated with *Mitchem* remain pending and set for trial beginning on January 28, 2020. This notice is being filed with the consent of all parties. If an order dismissing all claims against all parties is not entered within 90 days after the written notice of settlement is filed, the case shall be dismissed by the court.

DATED: December 20, 2019.

LANE POWELL PC

By *s/Tim D. Wackerbarth*
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Warren E. Babb, Jr., WSBA No. 13410
    babbw@lanepowell.com
    Katie D. Bass, WSBA No. 51369
    bassk@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

LUVERA LAW FIRM

By: *s/Andy Hoyal*
    David M. Beninger, WSBA 18432
    Andrew Hoyal, WSBA 21349
    Patricia Anderson, WSBA 17620
    Email: andy@luveralawfirm.com
           david@luveralawfirm.com
           patricia@luveralawfirm.com

    Sean P. Driscoll, *pro hac vice*
    Kristofer S. Riddle, *pro hac vice*
    Clifford Law Offices, P.C.
    120 North LaSalle Street Suite 3100
    Chicago, IL 60602
    Telephone: 312-899-9090
    Facsimile: 312-251-1160
    Email: spd@cliffordlaw.com
           ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT - 2
No. 3:18-CV-05366-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0403/7874498.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that the following document was sent to the following CM/ECF participant:

| | |
|---|---|
| Robert N. Gellatly<br>David M. Beninger<br>Andrew Hoyal<br>Luvera Law Firm<br>701 Fifth Avenue, Suite 6700<br>Seattle, WA 98104-7016<br>robert@luveralawfirm.com<br>david@luveralawfirm.com<br>andy@luveralawfirm.com | Kevin P. Durkin<br>Sean P. Driscoll<br>Kristopher S. Riddle<br>Clifford Law Offices<br>120 N LaSalle Street, 31st Floor<br>Chicago, IL 60602-2554<br>kpd@cliffordlaw.com<br>spd@cliffordlaw.com<br>ksr@cliffordlaw.com |

DATED this 20th day of December 2019.

*s/Janet Wiley*
Janet Wiley, Legal Assistant

NOTICE OF SETTLEMENT

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

019188.0403/7874498.1