



FILED ___ LODGED ___ RECEIVED

JAN 27 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

January 20, 2020

United States District Court Western District Of Washington
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402-320

Re: Donnell Linton, Pltf. vs. National Railroad Passenger Corporation, etc., Dft. // To: Stephen Monteith, M.D.

Case No. 318CV05366BHS

Dear Sir/Madam:

After checking our records and the records of the State of WA, it has been determined that CT Corporation System is not the registered agent for an entity by the name of Stephen Monteith, M.D..

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 537010836

Sent By Regular Mail

cc: --



**(Returned To)**

United States District Court Western District Of Washington
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402-320

FIRST-CLASS MAIL AUTO
$00.41
ZIP 56303
041L12201787

neopost
01/22/2020
US POSTAGE

**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201

ADDRESS SERVICE REQUESTED

30   AKT-AAB   98402

CT CORP-REJECT ENVL (03/2019)